# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

138990

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DARYL BRONKEMA, Next Friend of JACKSON
THOMAS BRONKEMA, CALEB ANDREW
BRONKEMA and SAVANNAH JOY
BRONKEMA, and DARYL BRONKEMA
and MELISSA BRONKEMA, Husband and Wife,
　　　　Plaintiffs-Appellees,

v

SC: 138990
COA: 275528
Mason CC: 05-000301-NO

FERWERDA ENTERPRISES, INC d/b/a
HOLIDAY INN EXPRESS LUDINGTON,
　　　　Defendant/Cross-Plaintiff-Appellee,

and

SPECIALTY MANUFACTURING COMPANY &
ITS ROLA-CHEM CORPORATION Division,
　　　　Defendant/Cross-Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the April 21, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

p1019